## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **RAMON IBALDI-VALDEZ,**<br>    Plaintiff,<br><br>    v.<br><br>**GARRETT J. RIPA et al,**<br>    Defendants. | Civ. No. 26-1046 (ADC) |

## JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, U.S. District Judge, issued its Order dated February 3, 2026, at ECF No. 17.

Pursuant to the Court's Order, Judgment is hereby entered. The petition at ECF No. 1 is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED**.

In San Juan, Puerto Rico, on this 3rd day of February 2026.

                                        ADA I. GARCIA-RIVERA, CPA, ESQ.
                                        Clerk of the Court


                                        By: *S/Verónica S. Otero-Rivera*
                                            Verónica S. Otero-Rivera
                                            Courtroom Deputy Clerk